IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
NO. 4:08-CR-32-BR
NO. 4:11-CV-44-BR

| | | |
|---|---|---|
| DARIO MENDOZA-MENDOZA | ) | |
| Petitioner | ) | |
| | ) | |
| v. | ) | O R D E R |
| | ) | |
| UNITED STATES OF AMERICA | ) | |
| Respondent. | ) | |

This matter is before the court on the government's motion to dismiss petitioner's motion filed under 28 U.S.C. § 2255. Petitioner filed a response in opposition to the government's motion.

The sole basis the government asserts for dismissal is the contention that "[t]he petition is not ripe for adjudication because petitioner claims that he has a separate petition for certiorari pending before the Supreme Court." (Mot. at 1.) On 27 June 2011, the Court denied the petition for a writ of certiorari. (No. 10-10663.) Accordingly, the motion to dismiss is DENIED. Within 30 days of the filing of this order, the government is DIRECTED to file an answer or appropriate motion.

This 30 June 2011.

_____
W. Earl Britt
Senior U.S. District Judge